```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/11/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FEARGAL MAC CONULADH,

                Plaintiff,

-against-

ATARI GAMEBOX LLC,

                Defendant.

18 Civ. 6380 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The parties have informed the Court that they consent to conducting all further proceedings before the Honorable Sarah Netburn, and are in the process of submitting an executed consent form to Orders & Judgments. Accordingly, the initial pretrial conference scheduled for September 17, 2018, is ADJOURNED *sine die*. After the matter has been referred, the parties shall contact Judge Netburn to arrange an initial pretrial conference.

    SO ORDERED.

Dated: September 11, 2018
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge