UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FEARGAL MAC CONULADH,

                                Plaintiff,                                18-CV-6380 (SN)

        -against-                                           **ORDER**

ATARI GAMEBOX LLC,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have filed a joint letter discussing anticipated summary judgment motions and the parties conflicting views about the value of a settlement conference. Accordingly, a telephone conference is scheduled for Friday, April 5, 2019, at 12:15 P.M. to discuss the content of this letter. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      April 3, 2019
                New York, New York