UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FEARGAL MAC CONULADH,

                            **Plaintiff,**                        18-CV-6380(SN)

          -against-                                 **ORDER**

ATARI GAMEBOX LLC,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 6, 2019, the parties appeared before the Court for a settlement conference, during which they reached an agreement in principle. Accordingly, it is hereby ORDERED that this case is dismissed with prejudice provided, however, that within 30 days of the date of this Order, counsel for the parties may apply by letter to restore this action to this Court's calendar, in which event the action will be restored.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:       May 7, 2019
                 New York, New York