UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEARGAL MAC CONULADH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ATARI GAMEBOX LLC, ) <br> ) <br> Defendant. ) <br> ) <br> *and related counterclaim* ) <br> _____) | CIVIL ACTION NO. 1:18-CV-06380 <br><br> STIPULATION OF JOINT DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41 |

It is hereby stipulated and agreed by and between Plaintiff/CounterDefendant Feargal Mac Conuladh and Defendant/CounterPlaintiff Atari Gamebox, LLC that the above-captioned action is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(i) and 41(c), with each party to bear its own costs and attorneys fees.

Dated: May 24, 2019

*s/ Richard J. Mooney*_____
Richard J. Mooney (*pro hac vice*)
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, CA 94111
Telephone:  (415) 874-3108
*Attorneys for Plaintiff/Counterdefendant*


*s/ Denver G. Edwards*_____
Denver G. Edwards
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Ave., 45th Floor
New York, NY 10172
Telephone:  (646) 661-1665
*Attorneys for Defendant/CounterPlaintiff*